UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

In re:

Alfred Rye, et al

        Plaintiff(s),                          CASE NO.   12-14847
v.                                                    JUDGE       Robert H Cleland

New England Compound Pharmacy, Inc,

        Defendant(s).
_____

## NOTICE OF MULTI DISTRICT LITIGATION TRANSFER

TO:    U.S. District Court
         District of Massachusetts

The above entitled case has been transferred to your Court pursuant to a CONDITIONAL

TRANSFER ORDER in Multi District Litigation 2419

## NOTICE TO LITIGANTS

Please take notice that the above case has been transferred to the above named Court for

inclusion in MULTI DISTRICT LITIGATION 2419. Please file all future documents with the

court listed above.

                                                           DAVID J. WEAVER, CLERK OF COURT

Date: February 28, 2013                    By      s/Sarah Schoenherr
                                                                   Deputy Clerk

## CERTIFICATION

I hereby certify that this Notice was served on the parties and/or counsel of record.

                                                           DAVID J. WEAVER, CLERK OF COURT

Date: February 28, 2013                    By      s/Sarah Schoenherr
                                                                   Deputy Clerk